FILED

08/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0609

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0609

_____

ARIANE WITTMAN and JEREMY TAYLEN,

Plaintiffs and Appellants,

v.                                                                  O R D E R

CITY OF BILLINGS,

Defendant and Appellee.

_____

Counsel for Appellants Ariane Wittman and Jeremy Taylen have filed a motion for leave to grant Amicus Curiae Montana Trial Lawyers Association's participation in the oral argument scheduled for September 10, 2021, in the captioned matter. Appellants' counsel will cede whatever time Amicus uses from their argument time. There is no opposition to the motion.

The Court takes no position on this motion. The parties are limited to 40 minutes for the Appellants and 30 minutes for the Appellee and may use that time at their discretion.

The argument will be limited to two participants for each party.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 10 2021